UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GLENN SCOTT MILNER, )
Plaintiff, )
v. ) Civil Action No. CV6 1301
DEPARTMENT OF NAVY, )
Defendant. )

**DECLARATION OF ANTHONY J. ROBINSON**

ANTHONY J. ROBINSON, pursuant to the provisions of 28 U.S.C. 1746, declares as follows:

1. I am the Legal Assistant to the General Counsel for Navy Region Northwest (NRNW). NRNW is responsible for Navy shore installation management in the states of Alaska, Washington, Oregon, Idaho, Montana and Wyoming, including the Naval Magazine, Indian Island, Port Hadlock, WA. I am the individual responsible for assembling the documents that comprise the administrative record in this case, including the plaintiff's requests for Navy records made pursuant to the Freedom of Information Act (FOIA) and the agency responses thereto.

2. The statements made in this declaration are based upon my personal knowledge or upon information available to me in my official capacity and are true and correct to the best of my knowledge.

3. The purpose of this declaration is to provide the Court and plaintiff with a description of the actions taken by the Navy in response to plaintiff's FOIA requests. I have divided this declaration into two parts: actions taken with respect to plaintiff's FOIA dated December 7, 2003

and actions taken with respect to plaintiff's FOIA dated February 3, 2004. I have also attached an index of records that is cross-referenced to this declaration.

**DECEMBER 7, 2003 FOIA REQUEST**

4. On December 7, 2003, plaintiff submitted a FOIA request to the Commanding Officer, Naval Magazine Indian Island. Plaintiff requested the following:

> "All documents on file regarding Explosive Safety Quantity Distance (ESQD) arcs or explosive handling zones at the ammunition depot at Naval Magazine Indian Island. This would include all documents showing impacts or potential impacts of activities in the explosive handling zones to the ammunition depot and the surrounding areas."

5. Plaintiff also requested all maps and diagrams of the ammunition depot at Naval Magazine Indian Island which showed the ESQD arcs or explosive handling zones, and documents regarding any safety instructions or operating procedures for Navy or civilian maritime traffic within or near the explosive handling zones or ESQD arcs at Naval Magazine Indian Island. (Tab 1)

6. On December 19, 2003, the Commanding Officer, Naval Magazine (NAVMAG) Indian Island responded to plaintiff, advising him that his request had been received and was being forwarded to NRNW for release determination. (Tab 2)

7. On December 23, 2003, Commanding Officer, NAVMAG Indian Island forwarded plaintiff's FOIA request to NRNW recommending denial of documents. (Tab 3)

8. On January 24, 2004, plaintiff filed an appeal to the Navy Office of the General Counsel (OGC) because of NRNW's alleged failure to respond his request in a timely manner. The appeal was received by OGC on January 26, 2004. (Tab 4)

9. On January 26, 2004, Assistant General Counsel, Freedom of Information Act (AGC (FOIA)), on behalf of the General Counsel of the Navy, responded to plaintiff, advising him that

his appeal had been docketed as OGC Case No. 28/04. (Tab 5) AGC (FOIA) also, directed NRNW to provide a copy of the substantive response to plaintiff's December 7, 2003 request. (Tab 6)

10. On January 26, 2004, NRNW responded to plaintiff's request of December 7, 2003. NRNW denied release of documents as they were exempt from disclosure under exemptions 1, 2, and 3. (Tab 7)

11. On January 27, 2004, AGC (FOIA) informed plaintiff that, in light of NRNW's letter dated January 26, 2004, he considered the plaintiff's appeal to be moot, thus requiring no further action on OGC Case No. 28/04. (Tab 8)

12. On January 29, 2004, plaintiff filed an appeal with the Judge Advocate General of the Navy (JAG) in regards to the January 26, 2004 denial by NRNW. Plaintiff stated:

> "In a letter dated January 26, 2004, Lieutenant D. L. Richman of NRNW stated that all responsive documents are exempt from disclosure under Exemptions 1, 2, and 3 of the Freedom of Information Act. Lieutenant Richman also stated the documents were not segregable, or able to be separated or released in parts.
>
> On January 29, 2004, Lieutenant Richman stated in a telephone discussion that 17 documents had been found that were responsive to my December 7, 2003 Freedom of Information Action request. One document had 5 subparts. Lieutenant Richman estimated there might be 1,000 pages responsive to my December 7, 2003 Freedom of Information Act request." (Tab 9)

13. On February 9, 2004, JAG forwarded the plaintiff's appeal to NRNW requesting copies of the initial response, copies of all responsive documents, and a memorandum supporting the rational for the denial decision. (Tab 10)

14. On February 23, 2004, NRNW responded to the JAG with requested documents. (Tab 11)

15. On June 25, 2004, the JAG responded to plaintiff via email informing him that his appeal had been closed on February 2, 2004 and that the appeal had been referred to OGC as a matter under their cognizance. (Tab 12)

16. On June 28, 2004, AGC (FOIA) received a copy of Mr. Milner's FOIA appeal of NRNW response of 1/26/2004 to JAG/OGC. (Tab 47)

17. On June 30, 2004, AGC (FOIA) on behalf of the General Counsel of the Navy, advised plaintiff that his appeal of January 29, 2004 had been docketed as OGC Case No. 70/04. (Tab 13)

18. On June 30, 2004, AGC (FOIA) forwarded the plaintiff's appeal to NRNW requesting a copy of the initial response, copies of all responsive documents, and a memorandum supporting the rational for the decision. (Tab 14)

19. On July 1, 2004, plaintiff requested that OGC expedite processing of OGC Case No. 70/04 on the grounds that NRNW is less than cooperative in processing his FOIA requests and given the fact that JAG lost his appeal. (Tab 15)

20. On July 16, 2004, NRNW responded to AGC (FOIA) with requested documents. (Tab 16)

21. On July 20, 2004, AGC (FOIA) informed plaintiff that it had received a copy of the 17 document packages (approximately 1,000 pages) withheld by NRNW. After review, AGC (FOIA) determined that only 2 of the 17 document packages were properly under the cognizance of NRNW and would be considered as part of OGC Case No. 70/04:

Standard Operating Procedures consisting of five separate procedures (Document Package 15); and
Naval Magazine Indian Island Maps (Document Package 17). (Tab 17)

22. With respect to the other 15 document packages, AGC (FOIA) referred them to the activity that originated them by the same letter dated July 20, 2004, as follows:

Five document packages were referred to Naval Sea Systems Command (NAVSEA);

COMNAVSEA ltr 8020 Ser 04H11/ANC dtd 18 Aug 78 (Document Package 1)
COMNAVSEA ltr 8020 Ser 06H1/992 dtd 27 Nov 85 (Document Package 3)
Commander, Naval Ordnance Center ltr 8020 Ser N711/5869 dtd 5 Sep 97 (Document Package 11)
Commander, Naval Ordnance Center ltr 8020 Ser N711/6422 dtd 31 Mar 99 (Document Package 13)
COMNAVSEA OP 5 Volume 1: Ammunition and Explosives Ashore, Safety Regulations for Handling, Storing, Production, Renovation and Shipping (Document Package 16)

Five document packages were referred to Engineering Field Activity, Northwest (EFANW);

EFA, NW ltr 11010 Ser/20RH dtd 18 May 94 (Document Package 8)
EFA, NW ltr 11010 Ser 20RH/5012 dtd 10 Jan 96 (Document Package 9)
EFA, NW ltr 11010 Ser 152M/6166 dtd 28 Oct 97 (Document Package 10)
EFA, NW ltr 11010 Ser 20MP/5076 dtd 13 Mar 97 (Document Package 12)
EFA, NW ltr 11010 Ser 152MP/5206 dtd 6 Apr 99 (Document Package 14)

Four document packages were referred to Chief of Naval Operations (CNO);

OPNAV ltr 11013 Ser 411F/4U384662 dtd 22 Jun 84 (Document Package 2)
OPNAV ltr 11013 Ser 411F/6U392081 dtd 28 Feb 86 (Document Package 4)
OPNAV ltr 11013 Ser 411F/8U583862 dtd 14 Mar 88(Document Package 5)
OPNAV ltr 8020 Ser 411E/2U597245 dtd 20 May 92 (Document Package 7)

and one document package was referred to Naval Facilities Engineering Command (NAVFAC).

COMNAVFAC ltr 202B/RRU dtd 07 Aug 88 (Document Package 6).

(Tab 17)

23. On July 22, 2004, NRNW responded to AGC (FOIA)'s request for additional information pertaining to the two document packages under OGC Case No. 70/04. NRNW stated that both document packages were prepared with security in mind, thus should be protected under exemptions 2 and 7(f) of the FOIA. (Tab 18)

24. On July 29, 2004, AGC (FOIA) requested the opinion of the Naval Criminal Investigative Service (NCIS) on a proposed decision for OGC Case No. 70/04 appeal. On July 30, 2004, NCIS responded to AGC (FOIA), agreeing that information should be withheld under exemptions 2 and 7. (Tabs 19 & 20)

25. On July 29, AGC (FOIA) forwarded a memorandum for the Deputy General Counsel (DGC) regarding plaintiff's appeal in OGC Case No. 70/04, recommending denial. (Tab 21)

26. On August 3, 2004, DGC issued the Navy's final administrative adjudication of plaintiff's FOIA appeal dated January 29, 2004 (OGC Case No. 70/04). The decision upheld NRNW's January 26, 2004 determination to withhold documents under exemptions 2 and 7(f). (Tab 22)

27. On September 9, 2004, NAVSEA acknowledged to plaintiff that a request was received from OGC to make a release determination on OP-5 Publication and informed plaintiff that a release determination would be made within 45 days. (Tab 23)

28. On October 3, 2006, NAVSEA responded to the five document packages that it received from AGC (FOIA) as follows: It forwarded the following two document packages to the Department of Defense Explosive Safety Board (DDESB) for a release determination: (Tab 24):

Commander, Naval Ordnance Center letter of September 5, 1997 (with enclosure) (document package 11);
Commander, Naval Ordnance Center letter of March 31, 1999 (with enclosure) (document package 13).

It released the following two document packages to plaintiff:

Commander, Naval Sea Systems Command letter of August 18, 1978; and
Commander, Naval Sea Systems Command letter of November 27, 1985.

Finally, it determined that the fifth document, entitled Ammunition and Explosives Ashore Safety Regulations for Handling Storing Production Renovation and Shipping, NAVSEA OP 5, Volume 1, was not responsive to plaintiff's request as it did not specifically address the ammunitions depot at Naval Magazine, Indian Island. (Tab 25)

29. On December 19, 2006, DDESB responded to the two documents that it received from NAVSEA and partial released the following two enclosures from document packages 11 and 13: (Tab 49):

DDESB, Memorandum for Commander, Naval Ordnance Center August 12, 1997
DDESB, Memorandum for Commander, Naval Ordnance Center Mach 16, 1999

DDESB also returned the following two documents to NAVSEA for release determination (Tab 50).

Commander, Naval Ordnance Center letter of September 5, 1997 (without enclosure);
Commander, Naval Ordnance Center letter of March 31, 1999 (without enclosure).

30. On January 5, 2007, NAVSEA partially released Commander, Naval Ordnance Center letter of September 5, 1997 to plaintiff under exemption 2. Commander, Naval Ordnance Center letter of March 31, 1999 was previously partially released by EFANW in document package 14. (Tabs 51 and 26)

31. On January 8, 2007, NRNW partially released the remaining enclosures of the documents listed below to plaintiff (Tab 52):

Commander, Naval Ordnance Center letter of September 5, 1997;
Commander, Naval Ordnance Center letter of March 31, 1999

32. On August 16, 2004, Captain R. F. Parker, Commanding Officer, EFANW issued a partial denial with respect to five document packages forwarded to it. EFANW determined that all five documents packages contained information that was exempt from disclosure under

exemptions 2, 6, and 7(f). A copy of all releasable portions of the five document packages was forwarded to plaintiff. (Tab 26)

33. On September 4, 2004, plaintiff filed an appeal of EFANW's partial denial with OGC. Plaintiff stated that:

> "In a letter dated August 16, 2004, Captain R. F. Parker of EFANW stated that responsive documents are partially exempt from disclosure under exemptions 2, 6, and 7 of the Freedom of Information Act. Unfortunately, the documents are not labeled, indicating which exemption is used with each withheld portion. I am appealing that exemptions should be listed, identifying the exemption applied for each withheld portion of the responsive documents.
>
> I am appealing for the release of all responsive documents. The information I am requesting should not be withheld under exemptions 2, 6, or 7 of the Freedom of Information Act. (Tab 27)

34. On September 7, 2004, AGC (FOIA) responded to plaintiff, advising him that his appeal had been docketed as OGC Case No. 81/04 (Tab 28). AGC (FOIA) directed EFANW to provide a copy of documents withheld, an index to documents, all correspondence, and a legal memorandum addressing the points raised in plaintiff's appeal. (Tab 29)

35. On September 14, 2004, EFANW responded to AGC (FOIA) with the requested documents. (Tab 30)

36. On October 19, 2004, DGC issued the Navy's final administrative adjudication of plaintiff's FOIA appeal (OGC Case No. 81/04). The decision upheld the August 16, 2004 determination by EFANW to partially withhold documents under exemptions 2, 6, and 7(f) of FOIA. (Tab 31)

37. On August 26, 2004, CNO's office, responded to plaintiff and issued a partial denial with respect to the four document packages forwarded by OGC's letter of July 20, 2004. CNO determined that the document packages contained information that was exempt from disclosure

under exemptions 2, 5, and 7(f). A copy of all releasable portions of the documents was forwarded to plaintiff. (Tab 32)

38. On August 19, 2004, NAVFAC released COMNAVFAC letter 2002B/RRU dated 07 August 1988 in its entirety, without enclosures. (Tab 33)

39. On August 24 and 25, 2004, NAVFAC divided the remaining enclosures to document package 6 into 3 parts and referred them to the following commands to make release determinations (Tabs 34, 39, and 44):

EFA NW (3 documents);
CNO (3 documents); and
NAVSEA (2 documents)

NAVFAC also sent plaintiff three separate letters informing him that the above documents were forwarded the same date. (Tabs 35, 40, and 45)

40. On September 22, 2004, EFANW determined that the following three documents forwarded to it by NAVFAC should be withheld under exemptions 2 and 7(f): (Tab 36)

Map;
Memorandum of September 24, 1985 questing site approval; and
Transmittal sheet of June 25, 1986 forwarding site approval

41. On November 2, 2004, plaintiff appealed EFANW's denial determination of September 22, 2004 to OGC. (Tab 37)

42. On November 24, 2004, DGC issued the Navy's final administrative adjudication of plaintiff's FOIA appeal of November 2, 2004 (OGC Case No. 08/05). The decision upheld EFANW's September 22, 2004 determination to withhold two of the three documents under exemptions 2, and 7(f), but released the transmittal sheet dated June 25, 1986 to plaintiff. (Tab 38)

43. On October 22, 2004, CNO's office determined that the following three documents forwarded to it by the NAVFAC should be partially denied under exemptions 2, and 7(f):

> CNO letter 11013 Ser 411F/6U391635 dated 4 Feb 86;
> DDESB letter dated 03 Jan 1986; and
> CNO letter 11013 ser 411F/5U396594 dated 23 Dec 85

CNO released all releasable portions of the documents to the plaintiff. (Tab 41)

44. On November 1, 2004, plaintiff appealed CNO's determination of October 22, 2004, alleging that none of the information requested could create a risk to the Navy's security procedures for securing assets located at Indian Island or used to endanger the life or physical safety of individuals. (Tab 42)

45. On November 24, 2004, DGC issued the Navy's final administrative adjudication on plaintiff's FOIA appeal of November 1, 2004 (OGC Case No. 31/05). The decision upheld CNO's October 22, 2004 determination to partially withhold portions of documents under exemptions 2 and 7(f). (Tab 43)

46. On October 3, 2006, NAVSEA determined that the following two documents forwarded to it by NAVFAC on August 25, 2004 were releasable and send a copy to plaintiff (Tab 46):

> NAVSEA letter 8020 Ser 06H1/942 dated 5 Nov 1985
> NAVSEA request for project site approval dated 26 Aug 85

47. On January 4, 2007, NAVFAC released COMNAVFAC letter 2022:JG:gsm dated 22 October 1985 in its entirety to plaintiff, it was an enclosure to document package 6. (Tab 48)

**FEBRUARY 3, 2004 FOIA REQUEST**

48. On February 3, 2004, plaintiff submitted FOIA request to the Commander Officer, Naval Ordnance Safety and Security Activity (NOSSA) which was identical to his FOIA request of December 7, 2003. (Tab 53)

49. On February 17, 2004, NOSSA requested approval from NAVSEA to deny public release of information to plaintiff. (Tab 54)

50. On March 7, 2004, plaintiff filed an appeal to OGC alleging that the NOSSA failed to respond in a timely manner. (Tab 55)

51. On March 18, 2004, OGC responded to plaintiff, advising him that his appeal had been received and docketed as OGC Case No. 41/04. (Tab 56)

52. Also on March 18, 2004, OGC referred the appeal to NAVSEA requesting copies of all responsive documents and the response to plaintiff's February 3, 2004 FOIA request. (Tab 57)

53. On April 2, 2004, NOSSA forwarded a copy of ESQD arc map of Indian Island to NAVSEA, which was the only document NOSSA had located in response to plaintiff's FOIA request. (Tab 58)

54. On June 30, 2004, NAVSEA sent a letter to plaintiff advising him that NOSSA had found one document responsive to his FOIA request, but it was a document under the cognizance of NRNW. The NAVSEA FOIA Coordinator then contacted NRNW and found it had already responded to an identical FOIA request from the plaintiff and that this map was among those documents that had already been denied in a January 26, 2004 letter. OGC then advised NAVSEA that it was already processing the NRNW denial as an appeal, and that OGC would contact plaintiff with regard to his appeal. (Tab 59)

55. On June 30, 2004, OGC sent a letter to plaintiff advising him that the document held by NAVSEA would be processed under his appeal from a NRNW letter of January 26, 2004

under OGC Case No. 70/04, and that, therefore, his appeal of March 7, 2004, under OGC Case No. 41/04, was considered to be moot. (Tab 60)

**Administrative Record Index**
**(Vaughn Index)**
***Mr. Glen Milner v. Department of the Navy,***
**Case No. CV -06-01301 W.D. Washington)**

| **Responsive Documents** | | | | | |
|---|---|---|---|---|---|
| **Document Package** | **Bates Number** | **Document Name** | **Date** | **Description** | **Disposition** |
| 1 | 00001 | Commander Naval Sea Systems Command letter 8020 Ser 04H11/ANC | 08/18/1978 | Indian Island Burn and Detonation Area, Request for approval of | Released |
| | 00002-3 | Enclosure 1 Commanding Officer, NAVUNSEAWARCENSTA Keyport, Washington letter | 08/14/1978 | Indian Island Burn and Detonation Area, Request for approval of | Denied |
| | 00004 | Enclosure 2 Map | 09/07/1995 | Open Burn Open Detonation Range | Denied |
| 2 | 00005 | Chief of Naval Operations letter 11013 Ser 411F/4U384662 | 06/22/1984 | Final Safety Approval for Building 837, NAVSEAWARENGSTA Indian Island Annex | Released |
| | 00006 | Enclosure 1 DDESB-KO memorandum | 05/02/1984 | Final Safety Approval for Building 837, NAVSEAWARENGSTA Indian Island Annex | Released |
| | 00007 | Enclosure 2 Chief of Naval Operations letter 11013 Ser 411F/4U384662 | 06/05/1984 | Final Safety Approval for Building 837, NAVSEAWARENGSTA Indian Island Annex | Released |
| | 00008 | Enclosure 3 Commander Naval Sea Systems Command letter 8020 Ser 06H1/394 | 05/17/1984 | Final Safety Approval for Building 837, NAVSEAWARENGSTA Indian Island Annex | Partially Released Exemptions 2, 5, & 7 |
| | 00009-12 | Enclosure 4 Commanding Officer, NAVUNSEAWARCENSTA Keyport Washington letter 27B: RAS:cf 8020 | 05/02/1984 | Final Safety Approval for Building 837, NAVSEAWARENGSTA Indian Island Annex | Partially Released Exemptions 2, 5, & 7 |
| | 00013-14 | Enclosure 5 Commander Naval Sea Systems Command letter 06H1/ANC Ser 151 8020 | 02/29/1984 | Final Safety Approval for Building 837, NAVSEAWARENGSTA Indian Island Annex | Partially Released Exemptions 2, 5, & 7 |
| | 00015-18 | Enclosure 6 Commanding Officer, NAVUNSEAWARCENSTA Keyport Washington letter 27B: RAS:cf 8020 (revised) | 12/19/1983 | Final Safety Approval for Building 837, NAVSEAWARENGSTA Indian Island Annex | Partially Released Exemptions 2, 5, & 7 |

| | | | | | |
|---|---|---|---|---|---|
| | 00019 | Enclosure 7<br>Map | | | Denied<br>Exemptions<br>2, 5, & 7 |
| | 00020 | Enclosure 8<br>Diagram | | Segregation Renovation Facility | Denied<br>Exemptions<br>2, 5, & 7 |
| | 00021 | Enclosure 9<br>Diagram | | Building 837 Layout for Fixed Ammunitions Breakdown & Steamout | Denied<br>Exemptions<br>2, 5, & 7 |
| 3 | 00022 | Commander Naval Sea Systems Command letter 8020 Ser 06H1/992 | 11/27/1985 | Request to Increase Explosive Limit | Released |
| | 00023 | Enclosure 1<br>Commanding Officer, Naval Undersea Warfare Engineering Station, Keyport, Washington letter 8010 27B | 11/13/1985 | Request to Increase Explosive Limit | Denied |
| | 00024 | Enclosure 2<br>Commander Naval Sea Systems Command letter 04H11/ANC Ser 850 8020 | undated | Mine Detonator Test Room, Addition for Building 189, NAVTORSTA Keyport (Indian Island Annex) | Denied |
| | 00025 | Enclosure 3<br>Commander Naval Facilities Engineering Command Western Division letter 2002.6: MQS:fb Ser P-21009 | 12/24/1975 | Mine Detonator Test Room, Addition for Building 189, NAVTORSTA Keyport (Indian Island Annex) | Denied |
| | 00026 | Enclosure 4<br>Commander Naval Facilities Engineering Command letter 2002C/ET | 12/11/1975 | Mine Detonator Test Room, Addition for Building 189, NAVTORSTA Keyport (Indian Island Annex) | Denied |
| | 00027 | Enclosure 5<br>WESTNAVFACENGCOM Naval Message | 09/22/1975 | Mine Detonator Test Room, Addition for Building 189 | Denied |
| | 00028 | Enclosure 6<br>Commanding Officer, Naval Sea Support Center Pacific letter 8100/JFG:mfs Ser 141904H11/ANC Ser 850 8020 | 09/11/1975 | Mine Detonator Test Room, Addition for Building 189, Indian Island | Denied |
| | 00029 | Enclosure 7<br>Commander Naval Facilities Engineering Command letter 2022C/ET | 09/03/1975 | Mine Detonator Test Room, Addition for Building 189, Indian Island | Denied |
| | 00030 | Enclosure 8<br>Chief of Naval Operations letter 11013 Ser 411F/9U584417 | 04/24/1989 | Site approval for Lunchroom, Building 1004, Indian Island Detachment Naval Warfare Engineering Station, Keyport | Denied |
| | 00031 | Enclosure 9<br>Commander Naval Facilities Engineering Command Western Division Transmittal Sheet 11010 Ser 2022JC/P2-530 | 10/26/1989 | Lunchroom, Building 1004, Indian Island Detachment Naval Warfare Engineering Station, Keyport; Site approval for | Denied |
| | 00032 | Enclosure 10<br>Map | | | Denied |
| | 00033 | Enclosure 11<br>Map | 1989 | Lunchroom Building 1004 | Denied |

| | | | | | |
|---|---|---|---|---|---|
| | 00034 | Enclosure 12<br>Commanding Officer, Naval Undersea Warfare Engineering Station, Keyport, Washington Site Approval Form 8010 27B | 08/29/1989 | Lunchroom, Building 1004, Indian Island Detachment | Denied |
| 4 | 00035 | Chief of Naval Operations letter 11013 Ser 411F/6U392081 | 02/28/1986 | Final Safety Review of Naval Undersea Warfare Engineering Station, Keyport FY-87, 88 & 89 MCON Projects P-202, P-297, P-298, P-299, P-307 and P-320; Indian Island Magazines | Partially Released Exemptions 2, 5, & 7 |
| | 00036 | Enclosure 1<br>DDESB Memo | 02/13/1986 | Final Safety Review of Naval Undersea Warfare Engineering Station, Keyport FY-87, 88 & 89 MCON Projects P-202, P-297, P-298, P-299, P-307 and P-320; Indian Island Magazines | Released |
| | 00037 | Enclosure 2<br>Commanding Officer, Naval Undersea Warfare Engineering Station, Keyport, Washington letter 11010/1 073P | 09/06/1984 | MCON Project P-202, Missile Magazines | Released |
| | 00038 | Enclosure 3<br>Form DD 1390 | 08/1984 | FY1987 Military Construction Program Missile Magazines | Partially Released Exemptions 2, 5, & 7 |
| | 00039 | Enclosure 4<br>Form DD 1391 | 08/1984 | FY1987 Military Construction Program Missile Magazines | Partially Released Exemptions 2, 5, & 7 |
| | 00040-46 | Enclosure 5<br>Form DD 1391c | 08/1984 | FY1987 Military Construction Program Missile Magazines | Partially Released Exemptions 2, 5, & 7 |
| 5 | 00047 | Chief of Naval Operations letter 11013 Ser 411F/8U583862 | 03/14/1988 | Final Safety Review of NUWES Keyport MILCON Projects P-303; Explosives Operating Facility | Released |
| | 00048 | Enclosure 1<br>DDESB Memo | 03/01/1988 | Final Site Approval Request for NUWES Keyport MILCON P-303, Explosives Operating Facility | Partially Released Exemptions 2, 5, & 7 |
| | 00049 | Enclosure 2<br>Commanding Officer, Naval Undersea Warfare Engineering Station, Keyport, Washington letter 11010/1 073A1 | 12/07/1987 | Request for Final Safety Approval for MILCON P-303, Explosives Operating Facility | Released |
| | 00050-51 | Enclosure 3<br>Commander Naval Facilities Engineering Command Western Division letter 11000 Ser 09A2/315 | 11/10/1987 | FY99 MCON Project P-303, Explosives Operating Facility at Naval Undersea Warfare Engineering Station Keyport, WA Indian Island Annex; N62474-86-C-0148 | Released |

| | | | | | |
|---|---|---|---|---|---|
| | 00052-54 | Enclosure 4<br>Commander Naval Facilities Engineering Command Western Division letter N11100 Ser 09A2/228 | 04/23/1987 | FY99 MCON Project P-303, Explosives Operating Facility at NUWES (Indian Island) | Released |
| | 00055 | Enclosure 5<br>Commander Naval Facilities Engineering Command Western Division Transmittal Sheet 11010 Ser 2022A/P2-883 | 09/15/1986 | MCON Project P-303, Explosives Operating Building at Naval Undersea Warfare Engineering Station Keyport; site approval for | Released |
| | 00056 | Enclosure 6<br>Commanding Officer, Naval Undersea Warfare Engineering Station Keyport Request for Site Approval Form | 03/03/1986 | P-303 | Released |
| | 00057 | Enclosure 7<br>Chief of Naval Operations letter 11013 Ser 411F/6U394008 | 07/11/1986 | Explosives Safety Review of Naval Undersea Warfare Engineering Station Keyport MCON Project P-303, Explosives Operating Building | Released |
| | 00058-59 | Enclosure 8<br>Commander Naval Sea Systems Command letter 8020 Ser 06G21/490 | 06/25/1986 | Explosives Safety Review of Naval Undersea Warfare Engineering Station Keyport MCON Project P-303, Explosives Operating Building | Partially Released Exemptions 2, 5, & 7 |
| | 00060 | Enclosure 9<br>Commander Naval Facilities Engineering Command Western Division letter 11010 Ser 2022A/P2-335 | 04/07/1986 | MCON Project P-303, Explosives Operating Building (Indian Island Det.) at Naval Undersea Warfare Engineering Station Keyport; Request for site approval | Partially Released 2, 5, & 7 |
| | 00061-64 | Enclosure 10<br>Commanding Officer, Naval Undersea Warfare Engineering Station Keyport Request for Site Approval Form | 03/03/1986 | P-303 | Partially Released Exemptions 2, 5, & 7 |
| | 00065 | Enclosure 11<br>Site Plan Map | | P-303 | Denied Exemptions 2, 5, & 7 |
| | 00066 | Enclosure 12<br>Diagram | | DD1391c; P-303 | Denied Exemptions 2, 5, & 7 |
| | 00067 | Enclosure 13<br>Site Data Sketch | | P-303; Explosives Operating Building | Denied Exemptions 2, 5, & 7 |
| | 00068 | Enclosure 14<br>Site Plan Map | | P-303 | Denied Exemptions 2, 5, & 7 |
| | 00069 | Enclosure 15<br>Sketch | | P-303 | Denied Exemptions 2, 5, & 7 |
| 6 | 00070 | Commander Naval Facilities Engineering Command letter | 08/07/1988 | Remove Barricades, Magazines 11 and 119, Indian | Released |

| | | | | | |
|---|---|---|---|---|---|
| | | 2002B/RRU | | Island Detachment of Naval Undersea Warfare Engineering Station, Keyport, Washington | |
| | 00071 | Enclosure 1<br>Commander Naval Facilities Engineering Command Western Division Transmittal Sheet 11010 Ser 2022A/P2-541 | 06/25/1986 | Remove Barricades, Magazines 11 and 119, Indian Island Detachment of Naval Undersea Warfare Engineering Station, Keyport, Washington; Site approval for | Released |
| | 00072 | Enclosure 2<br>Commanding Officer, Naval Undersea Warfare Engineering Station Keyport Request for Site Approval Form | 08/26/1986 | 421-72 Remove Barricades, Magazines 11 and 119, Indian Island Detachment | Released |
| | 00073 | Enclosure 3<br>Diagram | | Remove Barricades, Magazines 11 and 119, NUWES, Indian Island Detachment | Denied<br>2, & 7(f) |
| | 00074 | Enclosure 4<br>Chief of Naval Operations letter 11013 Ser 411F/4U391635 | 02/04/1986 | NAVUNSEAWARENGSTA Keyport Project, Remove Barricades, Magazines 11 and 119, NUWES, Indian Island Detachment | Partially Released Exemptions 2, & 7(f) |
| | 00075 | Enclosure 5<br>DDESB Memo | 01/03/1986 | Explosive Safety Review of NAVUNSEAWARENGSTA Keyport Project, Remove Barricades, Magazines 11 and 119 | Partially Released Exemptions 2, & 7(f) |
| | 00076 | Enclosure 6<br>Chief of Naval Operations letter 11013 Ser 411F/5U396594 | 12/23/1985 | Explosive Safety Review of NAVUNSEAWARENGSTA Keyport Project, Remove Barricades, Magazines 11 and 119 | Partially Released Exemptions 2, & 7(f) |
| | 00077 | Enclosure 7<br>Commander Naval Sea Systems Command letter 8020 Ser 06H1/942 | 11/05/1985 | Explosive Safety Review of NUWES Keyport Project, Remove Barricades, Magazines 11 and 119 | Released |
| | 00078 | Enclosure 8<br>Commander Naval Facilities Engineering Command letter 2022: JG:gsm | 10/22/1985 | Request for Review of NUWES Keyport Project, Remove Front Barricades, Magazines 11 and 119 | Released |
| | 00079 | Enclosure 9<br>Commander Naval Facilities Engineering Command Western Division Transmittal Sheet 11010 Ser 2022B/P2-1009 | 09/24/1985 | Remove Barricades, Magazines 11 and 119; Indian Island Detachment, Naval Undersea Warfare Engineering Station, Keyport, | Denied Exemptions 2, & 7(f) |
| 7 | 00080 | Chief of Naval Operations letter 8020 Ser 411E/2U597245 | 05/20/1992 | Site Approval Request for Project, Fencing and Lighting of Magazines 97, 98, 99 and 100, NAVUNDSEAWARCEN DET, Indian Island | Partially Released Exemptions 2, 5, & 7 |
| | 00081-82 | Enclosure 1<br>Commanding Officer, | 04/14/1992 | Site Approval Request for Project, Fencing and Lighting | Partially Released |

| | | | | | |
|---|---|---|---|---|---|
| | | Engineering Field Activity Northwest letter 8020 OPR 6651 Ser665/0357 | | of Magazines 97, 98, 99 and 100, NAVUNDSEAWARCEN DET, Indian Island | Exemptions 2, 5, & 7 |
| | 00083 | Enclosure 2 Commanding Officer, Naval Undersea Warfare Engineering Center Division, Keyport, Washington letter 8020 Ser 073P | 03/05/1992 | Request for Site Approval Request for Project, Fencing and Lighting of Magazines 97, 98, 99 and 100, at Indian Island | Partially Released Exemptions 2, 5, & 7 |
| | 00084 | Enclosure 3 Commanding Officer, Naval Undersea Warfare Engineering Center Division, Keyport, Washington Request for Project Site Approval | 02/27/1992 | 872-15, Fencing and Lighting of Magazines 97, 98, 99 and 100, at Indian Island | Partially Released Exemptions 2, 5, & 7 |
| | 00085 | Enclosure 4 Sketch | | Indian Island | Denied Exemptions 2, 5, & 7 |
| | 00086 | Enclosure 5 Sketch | | K18 ESQD Arcs Map | Denied Exemptions 2, 5, & 7 |
| 8 | 00087 | Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser /20RH | 05/18/1994 | Site Approval Request for MILCON Project P-298, Missile Magazines (2) at Naval Ordnance Center, Pacific Division, Detachment Port Hadlock | Partially Released Exemptions 2, 6, & 7 |
| | 00088 | Enclosure 1 Commanding Officer, Engineering Field Activity Northwest letter 8020 OPR N711 Ser N711/5649 | 05/02/1994 | Site Approval Request for MILCON Project P-298, Missile Magazines (2) at Naval Ordnance Center, Pacific Division, Detachment Port Hadlock | Partially Released 2, 6, & 7 |
| | 00089 | Enclosure 2 DDESB letter | 04/13/1994 | Site Approval Request for MILCON Project P-298, Missile Magazines (2) at Naval Ordnance Center, Pacific Division, Detachment Port Hadlock | Partially Released Exemptions 2, 6 & 7 |
| | 00090 | Enclosure 3 Officer in Charge, Naval Ordnance Center, Pacific Division, Detachment Port Hadlock Request for Project Site Approval Section A | 05/17/1994 | 428-72 Missile Magazines (2) | Partially Released Exemptions 2, 6 & 7 |
| | 00091 | Enclosure 4 Sketch | | P-298 Missile Magazines (2) | Denied Exemptions 2, 6 & 7 |
| 9 | 00092 | Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20RH/5012 | 01/10/1996 | Site Approval for Scuttling Site for Burning Vessels at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00093 | Enclosure 1 Commander, Naval Ordnance | 09/14/1994 | Site Approval Request for Scuttling Site for Burning | Partially Released |

| | | | | | |
|---|---|---|---|---|---|
| | | Center, letter 8020 OPR N711 Ser N71/6388 | | Vessels at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Exemptions 2, 6 & 7 |
| | 00094 | Enclosure 2 DDESB letter | 08/25/1995 | Site Approval Request for Scuttling Site for Burning Vessels at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00095 | Enclosure 3 Officer in Charge, Naval Ordnance Center, Pacific Division, Detachment Port Hadlock Request for Project Site Approval | 05/10/1995 | Scuttling Site for Damaged Vessels | Partially Released Exemptions 2, 6 & 7 |
| | 00096 | Enclosure 4 Sketch | 01/09/1995 | Scuttling Site for Burning Vessels | Denied Exemptions 2, 6 & 7 |
| | 00097 | Enclosure 5 Commander, Naval Ordnance Center, Pacific Division, letter 8020 Ser 004/0660 | 07/19/1995 | Site Approval Request for Scuttling Site for Burning Vessels at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00098 | Enclosure 6 Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20RH/5193 | 06/01/1995 | (retitled) Site Approval Request for Scuttling Site for Burning Vessels at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00099 | Enclosure 7 Officer in Charge, Naval Ordnance Center, Pacific Division, Detachment Port Hadlock letter 8020 Ser 603/121 | 05/15/1995 | Site Approval Request for Site Approval Request for Scuttling Site | Partially Released Exemptions 2, 6 & 7 |
| | 00100 | Enclosure 8 Sketch | | Site Map of Proposed Scuttling Site | Denied Exemptions 2, 6 & 7 |
| 10 | 00101 | Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 152M/6166 | 10/28/1997 | Explosive Site Approval to Construct a Truck Receiving / Processing Center at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00102 | Enclosure 1 Officer in Charge, NAVORDCEN PACDIV Detachment Port Hadlock Request for Project Site Approval | 10/28/1997 | 148-45 Truck Receiving / Processing Center (Ordnance) | Partially Released Exemptions 2, 6 & 7 |
| | 00103 | Enclosure 2 Commander, Naval Ordnance Center, letter 8020 Ser N711/5917 | 10/20/1997 | Site Approval Request to a Truck Receiving / Processing Center at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00104 | Enclosure 2 DDESB letter | 09/22/1997 | Site Approval Request to a Truck Receiving / Processing | Partially Released |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Center at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Exemptions 2, 6 & 7 |
| | 00105 | Enclosure 3<br>Sketch | | Truck Processing Center | Denied Exemptions 2, 6 & 7 |
| | 00106-7 | Enclosure 4<br>Commander, Naval Ordnance Center, letter 8020 Ser N711/5822 | 08/11/1997 | Explosives Site Approval Request to a Truck Receiving / Processing Center at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00108 | Enclosure 5<br>Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20MP/6004 | 04/21/1997 | Explosives Site Approval Request to a Truck Receiving / Processing Center at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00109-111 | Enclosure 6<br>Commander, Naval Ordnance Center, letter 8020 Ser N711/5773 | 06/27/1997 | Explosives Site Approval Request to Increase Explosive Limit at the North CVA/AOE Berth at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00112 | Enclosure 7<br>Commander, Naval Ordnance Center, Pacific Division letter 8020 Ser 004/0721 | 05/14/1997 | Siting to Increase Explosive Limit at the North CVA/AOE Berth at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00113 | Enclosure 8<br>Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20MP/6003 | 04/18/1997 | Explosives Site Approval Request for P-325 Ammunition Wharf Improvements (Resubmittal), Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00114 | Enclosure 9<br>Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20MP/5039 | 04/02/1997 | Explosives Site Approval Request to Increase Explosive Limit at the North CVA/AOE Berth at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00115 | Enclosure 10<br>Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20RH/5050 | 02/29/1996 | Site Approval Request to Install Crane Rails on the Port Hadlock Detachment Ammunition Pier A832 | Partially Released Exemptions 2, 6 & 7 |
| | 00116-117 | Enclosure 11<br>Commander, Naval Ordnance Center letter 8020 OPR 711 Ser N711/5051 | 02/07/1996 | Site Approval Request to Crane Rails on the Port Hadlock Detachment Ammunition Pier A832 | Partially Released Exemptions 2, 6 & 7 |
| | 00118 | Enclosure 12<br>Officer in Charge, NAVORDCEN PACDIV Detachment Port Hadlock | 02/29/1996 | Container Rail Installation - Port Hadlock Ammunition Pier | Partially Released Exemption 2, 6, & 7 |

| | | | | | |
|---|---|---|---|---|---|
| | | Request for Project Site Approval | | | |
| | 00119-120 | Enclosure 13<br>Commander, Naval Ordnance Center, Pacific Division letter 8020 Ser 004/0285 | 01/29/1996 | Siting of Project to Install Crane Rails on the Port Hadlock Detachment Ammunition Pier A832 | Partially Released Exemption 2, 6, & 7 |
| | 00121 | Enclosure 14<br>Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20RH/5457 | 12/19/1995 | Request for Explosive Safety Certification to Install Crane Rails on the Port Hadlock Detachment Ammunition Pier A832 | Partially Released Exemptions 2, 6 & 7 |
| | 00122 | Enclosure 15<br>Officer in Charge, NAVORDCEN PACDIV Detachment Port Hadlock Letter 8020 Ser 603 /824 | 12/07/1995 | Request for Explosive Safety Certification to Install Crane Rails on the Port Hadlock Detachment Ammunition Pier A832 | Partially Released Exemptions 2, 6 & 7 |
| | 00123 | Enclosure 16<br>Sketch | | Increase Explosive (____) at the North Berth | Denied Exemptions 2, 6 & 7 |
| 11 | 00124 | Commander Naval Ordnance Center letter 8020 Ser N711/5869 | 09/05/1997 | Explosives Site Approval Request for P-325, Ammunition Wharf Improvements (Resubmittal), Naval Ordnance Center, Port Hadlock Detachment | Partially Released Exemptions 2 |
| | 00125 | Enclosure 1<br>DDESB letter | 07/23/1997 | Explosives Site Approval Request to Increase Explosive Limit at the North CVA/AOE Berth at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2, 6, & 7 |
| | 00126-127 | Enclosure 2<br>DDESB letter | 08/12/1997 | Explosives Site Approval for P-325, Ammunition Wharf Improvements (Resubmittal), Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2 & 6 |
| | 00128 | Enclosure 3<br>Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 152MP/6121 | 09/03/1997 | Explosives Site Approval Request to Increase Explosive Limit at the North CVA/AOE Berth at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2 & 7 |
| | 00129 | Enclosure 4<br>Commander Naval Ordnance Center letter 8020 Ser N711/5850 | 08/21/1997 | Explosives Site Approval Request to Increase Explosive Limit at the North CVA/AOE Berth at Naval Ordnance Center, Pacific Division, Port Hadlock Detachment | Partially Released Exemptions 2 & 7 |
| | 00130 | Enclosure 5<br>Officer in Charge, NAVORDCEN PACDIV Detachment Port Hadlock Request for Project Site Approval | 03/031997 | 152-10 Increase Explosive Limit at North CVA/AOE Pier Berth | Released |

| | | | | | |
|---|---|---|---|---|---|
| 12 | 00131 | Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20MP/5076 | 03/13/1997 | Site Approval to Increase Explosive Limits for Two Container Holding Yard (Fac. Nos. 830 and831), Three Truck Lots (Fac Nos. 826, 827 and 828) and Four High Explosive Magazines (Fac. Nos. 44, 45, 46 and 47) NAVORDCEN PACDIV, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00132 | Enclosure 1 Commander Naval Ordnance Center letter 8020 Ser N711/5594 | 01/29/1997 | Site Approval Request to Increase Explosive Limits for Two Container Holding Yards, Three Truck Lots and Four High Explosive Magazines, NAVORDCEN PACDIV, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00133 | Enclosure 2 DDESB letter | 12/24/1996 | Site Approval to Increase Explosive Limits for Two Container Holding Yard (Fac. Nos. 830 and831), Three Truck Lots (Fac Nos. 826, 827 and 828) and Four High Explosive Magazines (Fac. Nos. 44, 45, 46 and 47) NAVORDCEN PACDIV, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00134 | Enclosure 3 Officer in Charge, NAVORDCEN PACDIV Detachment Port Hadlock Request for Project Site Approval | 03/25/1997 | Increase Explosive Limits at CCN 148-35 Container Holding Yards (2), CCN 148-25 Three Truck Lots (3) and CCN 421-22 High Explosive Magazines (4) | Partially Released Exemptions 2, 6 & 7 |
| | 00135-137 | Enclosure 4 Commander Naval Ordnance Center letter 8020 OPR N711 Ser N711/5504 | 11/21/1996 | Site Approval to Increase Explosive Limits for Two Container Holding Yard (Fac. Nos. 830 and831), Three Truck Lots (Fac Nos. 826, 827 and 828) and Four High Explosive Magazines (Fac. Nos. 44, 45, 46 and 47) NAVORDCEN PACDIV, Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00138 | Enclosure 5 Commander Naval Ordnance Center, Pacific Division letter 8020 Ser 004 /1007 | 11/04/1996 | Site Approval to Increase Explosive Limits for Two Container Holding Yard (Fac. Nos. 830 and831), Three Truck Lots (Fac Nos. 826, 827 and 828) and Four High Explosive Magazines (Fac. Nos. 44, 45, 46 and 47) NAVORDCEN PACDIV, Port Hadlock Detachment | Denied Exemptions 2, 6 & 7 |
| | 00139 | Enclosure 6 Commanding Officer, | 09/03/1996 | (Retitled) Site Approval to Increase Explosive Limits for | Denied Exemptions |

| | | | | | |
|---|---|---|---|---|---|
| | | Engineering Field Activity Northwest letter 11010 Ser 20RH/5238 | | Two Container Holding Yard (Fac. Nos. 830 and831), Three Truck Lots (Fac Nos. 826, 827 and 828) and Four High Explosive Magazines (Fac. Nos. 44, 45, 46 and 47) | 2, 6 & 7 |
| | 00140 | Enclosure 7 Commander Naval Ordnance Center, Pacific Division letter 8020 Ser 603 /119 | 07/031996 | Site Approval Request to Increase Explosive Limits at CCN 148-35 Container Holding Yards (2), CCN 148-25 Three Truck Lots (3) and CCN 421-22 High Explosive Magazines (4) | Denied Exemptions 2, 6 & 7 |
| | 00141-142 | Enclosure 8 Officer in Charge, NAVORDCEN PACDIV Detachment Port Hadlock Request for Project Site Approval | | Increase Explosive Limits at CCN 148-35 Container Holding Yards (2), CCN 148-25 Three Truck Lots (3) and CCN 421-22 High Explosive Magazines (4) | Denied Exemptions 2, 6 & 7 |
| | 00143-145 | Enclosure 9 Naval Ordnance Center, Pacific Division Exhibit B | 06/28/1996 | | Denied Exemptions 2, 6 & 7 |
| | 00146 | Enclosure 10 Sketch | | C/D 1.1 IBD ARC Map | Denied Exemptions 2, 6 & 7 |
| | 00147 | Enclosure 11 Sketch | 08/21/1996 | Site Data Sketch (Facs. Nos. 830, 831, 826 - 828, & 44 - 47 | Denied Exemptions 2, 6 & 7 |
| | 00148 | Enclosure 12 Sketch | | C/D 1.1 K=18 Intraline Arcs from Table 7-11 | Denied Exemptions 2, 6 & 7 |
| | 00149 | Enclosure 13 Sketch | | Exhibit A | Denied Exemptions 2, 6 & 7 |
| | 00150 | Enclosure 13 Sketch | | C/D 1.1 (________) from Table 7-15 | Denied Exemptions 2, 6 & 7 |
| | 00151 | Enclosure 15 Sketch | | C/D 1.1 Intermagazine Arcs (________) Table 7-15 Columns 6&9 Holding yard to Adjacent Mags. 4 | Denied Exemptions 2, 6 & 7 |
| | 00152 | Enclosure 16 Sketch | | Exhibit A | Denied Exemptions 2, 6 & 7 |
| 13 | 00153 | Commander Naval Ordnance Center letter 8020 Ser N711/6422 | 03/31/1999 | Request for Explosives Site Approval to Resite FY99 MILCON P-320, Tomahawk Magazine, Naval Weapon Station Seal Beach, Detachment Port Hadlock | Partially Released Exemptions 2, 6 & 7 |
| | 00154 | Enclosure 1 Chief of Naval Operations letter 11013 Ser 411F/4U384662 | 04/24/1978 | Six-Explosive-Laden Barge Moorings, NAVTORPSTA Keyport, Indian Island Annex; request for siting | Released |

| | | | | | |
|---|---|---|---|---|---|
| | | | | review | |
| | 00155 | Enclosure 2<br>DDESB memo | 04/14/1978 | Six-Explosive-Laden Barge Moorings, NAVTORPSTA Keyport, Indian Island Annex; request for siting review | Released |
| | 00156 | Enclosure 3<br>Chief of Naval Operations letter 11013 Ser 411F/719215 | 04/04/1978 | Six-Explosive-Laden Barge Moorings, NAVTORPSTA Keyport, Indian Island Annex; request for siting review | Partially Released Exemptions 2 & 7 |
| | 00157 | Enclosure 3<br>Commander Naval Sea Systems Command letter 04H11/ANC Ser 251 8020 | 03/20/1978 | Six-Explosive-Laden Barge Moorings, NAVTORPSTA Keyport, Indian Island Annex; request for siting review | Released |
| | 00158 | Enclosure 4<br>Commander Naval Facilities Engineering Command letter 2022C / ET | 03/01/1978 | Six-Explosive-Laden Barge Moorings, NAVTORPSTA Keyport, Indian Island Annex; request for siting review | Released |
| | 00159 | Enclosure 5<br>Commanding Officer, Naval Sea Support Center Pacific letter 800 / JFG:mp Ser 437 | 02/28/1978 | Enclosure 3<br>Commander Naval Sea Systems Command letter 04H11/ANC Ser 251 8020 | Released |
| | 00160 | Enclosure 6<br>Commander Naval Facilities Engineering Command Western Division letter 2022.6:GBW:cv Ser P2-90 | 02/16/1978 | Six-Explosive-Laden Barge Moorings, NAVTORPSTA Keyport, Indian Island Annex; site approval for review | Released |
| | 00161 | Enclosure 7<br>Commanding Officer NAVTORPSTA Keyport, letter 083P 11011/1B | 01/20/1978 | Six-Explosive-Laden Barge Moorings, NAVTORPSTA Keyport, Indian Island Annex; site approval for review | Partially Released Exemptions 2 & 7 |
| | 00162 | Enclosure 8<br>Explosive Safety Quantity Distance Table | | | Denied Exemption 2 & 7 |
| 14 | 00163 | Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 152MP/5206 | 04/06/1999 | Request for Explosives Site Approval to Resite FY99 MILCON P-320, Tomahawk Magazine at Naval Weapon Station, Seal Beach Detachment Port Hadlock | Partially Released Exemptions 2, 6 & 7 |
| | 00164 | Enclosure 1<br>Commander Naval Ordnance Center letter 8020 Ser N711/6422 | 03/31/1999 | Request for Explosives Site Approval to Resite FY99 MILCON P-320, Tomahawk Magazine, Naval Weapon Station, Seal Beach Detachment Port Hadlock (32013/P-320/G-5) | Partially Released Exemptions 2, 6 & 7 |
| | 00165 | Enclosure 2<br>DDESB letter | 03/16/1999 | Request for Explosives Site Approval to Resite FY99 MILCON P-320, Tomahawk | Partially Released Exemptions |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Magazine, Naval Weapon Station, Seal Beach Detachment Port Hadlock (32013/P-320/G-5) | 2, 6 & 7 |
| | 00166 | Enclosure 3 Commander Naval Ordnance Center letter 8020 Ser N72P/0059 | 01/14/1999 | Resite FY99 MILCON P-320, Tomahawk Magazine, Naval Weapon Station, Seal Beach Detachment Port Hadlock | Partially Released Exemptions 2, 6 & 7 |
| | 00167 | Enclosure 4 Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 152MP/5165 | 01/06/1999 | Request for Explosive Safety Site Approval to Resite FY99 MILCON P-320, Tomahawk Magazine, Naval Weapon Station, Seal Beach Detachment Port Hadlock | Partially Released Exemptions 2, 6 & 7 |
| | 00168 | Enclosure 5 Commanding Officer, Naval Weapon Station, Seal Beach Detachment Port Hadlock letter 11010 Ser 096/0125 | 12/15/1998 | Explosive Safety Site Approval Request to Resite FY99 MILCON P-320, Tomahawk Magazine | Partially Released Exemptions 2, 6 & 7 |
| | 00169 | Enclosure 6 Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20RH/5455 | 12/19/1995 | Site Approval Request for P-320, Tomahawk Magazine (1) and Inert Storehouse (1) | Partially Released Exemptions 2, 6 & 7 |
| | 00170 | Enclosure 7 Commander, Naval Ordnance Center letter 8020 OPR N711 Ser N71/6490 | 11/17/1995 | Site Approval Request for P-320, Tomahawk Magazine and Inert Storehouse, Naval Ordnance Center Pacific Division Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00171 | Enclosure 8 DDESB letter | 10/31/1995 | Site Approval Request for P-320, Tomahawk Magazine and Inert Storehouse, Naval Ordnance Center Pacific Division Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00172 | Enclosure 9 Officer in Charge, Naval Ordnance Center, Pacific Division, Detachment Port Hadlock Request for Project Site Approval | 12/19/1995 | 421-72 & 421-32 Tomahawk Magazine (1) and Inert Storehouse (1) | Partially Released Exemptions 2, 6 & 7 |
| | 00173 | Enclosure 10 Sketch | | P-320 IBD ESQDC ARCs | Denied Exemptions 2, 6 & 7 |
| | 00174 | Enclosure 11 Sketch | 12/19/1995 | P-320 Tomahawk Magazine & Inert Storehouse | Denied Exemptions 2, 6 & 7 |
| | 00175 | Enclosure 12 Commander, Naval Ordnance Center letter 8020 OPR N711 Ser N71/6397 | 09/18/1995 | Site Approval Request for P-320, Tomahawk Magazine and Inert Storehouse, Naval Ordnance Center Pacific Division Port Hadlock Detachment | Partially Released Exemptions 2, 6 & 7 |
| | 00176 | Enclosure 13 | 05/05/1995 | Siting of Project P-320, | Partially |

| | | | | | |
|---|---|---|---|---|---|
| | | Commander, Naval Ordnance Center letter 8020 Ser 004/0534 | | Tomahawk Magazine (1) and Inert Storehouse (1) | Released Exemptions 2, 6 & 7 |
| | 00177 | Enclosure 14 Commanding Officer, Engineering Field Activity Northwest letter 11010 Ser 20RH/5148 | 04/24/1995 | Site Approval Request for P-320, Tomahawk Magazine (1) and Inert Storehouse (1) | Partially Released Exemptions 2, 6 & 7 |
| | 00178 | Enclosure 15 Officer in Charge, Naval Ordnance Center, Pacific Division, Detachment Port Hadlock letter 8020 Ser 603/096 | 04/14/1995 | Site Approval Request for P-320, Tomahawk Magazine (1) and Inert Storehouse (1) | Partially Released Exemptions 2, 6 & 7 |
| | 00179-181 | Enclosure 16 Officer in Charge, Naval Ordnance Center, Pacific Division, Detachment Port Hadlock Request for Project Site Approval | | 421-72 & 421-32 Tomahawk Magazine (1) and Inert Storehouse (1) | Partially Released Exemptions 2, 6 & 7 |
| | 00182 | Enclosure 17 Sketch | | Naval Ordnance Center, Pacific Division, Port Hadlock Detachment Existing and new IBD Arcs created by Project | Denied Exemptions 2, 6 & 7 |
| | 00183 | Enclosure 18 Sketch | 04/20/1995 | Site Data Sketch P-320, Tomahawk Magazine and Inert Storehouse | Denied Exemptions 2, 6 & 7 |
| | 00184 | Enclosure 19 Sketch | | M990 Bomb Fuze Packaging | Denied Exemptions 2, 6 & 7 |
| | 00185 | Enclosure 20 Sketch | | FMU 139/B AND FMU-139A/B Bomb Fuze Packaging | Denied Exemptions 2, 6 & 7 |
| 15 | 00186-222 | Standard Operating Procedures | 08/25/1985 | a. A51-0185-KIL, CHG 1; Preservation, Packaging and Packing of Bomb Fuzes | Denied Exemptions 2 & 7(f) |
| | 00123-337 | Standard Operating Procedures | 07/12 1994 | b. A10-0175-PH; Inspect/ Segregate/ EM/Renovated MK 80Bombs | Denied Exemptions 2 & 7(f) |
| | 00338-464 | Standard Operating Procedures | 07/14/2000 | c. A30-0200-II; Incorporation of Airborne Weapons Changes (AWC) 422 and 372 on CBU-78/B Gator Cluster Bombs | Denied Exemptions 2 & 7(f) |
| | 00465-529 | Standard Operating Procedures | | d. B00-0199-PH, CHG 1; Inspection, Segregation and Exterior Maintenance of Pyrotechnic Screening, Marking and Countermeasure Devices | Denied Exemptions 2 & 7(f) |
| | 00530-621 | Standard Operating Procedures | 06/27/2003 | e. O50-0100-II, CHG 2; Container Operations | Denied Exemptions 2 & 7(f) |
| 16 | | Commander Naval Sea Systems Command Publication, OP 5 | 05/31/2002 | Ammunitions and Explosives Ashore, Safety Regulations | Ultimately determined to |

| | | | | | |
|---|---|---|---|---|---|
| | | Volume 1, Seventh Revision | | for Handling, Storing Production, Renovation and Shipping | be not responsive |
| 17 | 00622-624 | 3 Naval Magazine Indian Island Maps Showing ESQD arcs | | P-320 Intermagazine ESQD Arcs; Proposed Site P-320 Inert Storage; IL, PTR &IBD arcs | Denied Exemptions 2 & 7(f) |

**Correspondence Associated with December 7, 2003 FOIA Request**

| Declaration Tab | | Document Name | Date | Description | OGC Case No. |
|---|---|---|---|---|---|
| 1 | | Mr. Milner's FOIA request to the Department of the Navy (Navy) Naval Magazine Indian Island | 12/07/2003 | Request for Explosive Safety Quantity Distance (ESQD) arcs or explosive handling zones at the ammunition depot at Indian Island | |
| 2 | | Navy Magazine Indian Island response to Mr. Milner's 12/07/03 FOIA file 04-002 | 12/19/2003 | Informed Mr. Milner that his request was forwarded to NRNW for release determination. | |
| 3 | | Naval Magazine Indian Island LTR to NRNW | 12/23/2003 | Recommended denial of documents. | |
| 4 | | Mr. Milner's FOIA appeal to Office of General Counsel of the Navy of 12/07/2003 | 1/24/2004 | Appealed that information be immediately released due to expiration of time limit prescribed. | Case No. 28/04 |
| 5 | | OGC acknowledged receipt of Mr. Milner's FOIA appeal of 1/24/2004 | 1/26/2004 | Case number OGC-28/04 was assigned. | Case No. 28/04 |
| 6 | | OGC referred the appeal 1/24/06 to NRNW | 1/26/2004 | OGC requested copies of substantive response to Mr. Milner's 12/07/2003 request. | Case No. 28/04 |
| 7 | | LT D. L. Richman, Asst. Staff Judge Advocate, NRNW response to Mr. Milner's 12/07/2003 FOIA request | 1/26/2004 | Denial of 12/07/2003 request under FOIA exemptions 1, 2, and 3. | Case No. 28/04 |
| 8 | | OGC response to Mr. Milner's appeal of 1/24/2004 | 1/27/2004 | Advise Mr. Milner that NRNW had responded to his request and considered the appeal to be moot. | Case No. 28/04 |
| 9 | | Mr. Milner's FOIA appeal of NRNW response of 1/26/04 to JAG Navy | 1/29/2004 | Appeal for release of all responsive documents | |
| 10 | | JAG referred the appeal to NRNW | 2/9/2004 | Requested documentation to support denial of | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 1/26/2004 for Mr. Milner's FOIA request of 12/07/2003 | |
| 11 | | NRNW response to JAG for FOIA Appeal of 1/29/2004 | 2/23/2004 | Provided requested documentation in JAG's letter of 2/9/2004 | |
| 12 | | OJAG (Alicie Callaham) email to Mr. Milner regarding 1/29/2004 Appeal. | 6/25/2004 | Informed Mr. Milner that JAG had closed his appeal on 2/2/2004 and referred it to OGC because it was an Environmental matter. | |
| 13 | | OGC Acknowledges Mr. Milner's FOIA Appeal of 1/29/20044 | 6/30/2004 | Stated that OJAG transferred the appeal to OGC in June 2004 and that OGC will process the appeal under docket OGC-70/04 | Case No. 70/04 |
| 14 | | OGC referred the appeal to NRNW | 6/30/2004 | Requested documentation to support denial of 1/26/2004 for Mr. Milner's FOIA request of 12/07/2003 | Case No. 70/04 |
| 15 | | Mr. Milner emailed an expedite request for Appeal of NRNW decision 01/29/2004 | 07/01/2004 | Requested to expedite processing of appeal OGC-70/04 | Case No. 70/04 |
| 16 | | NRNW response to OGC for Appeal of 1/29/2004 | 07/16/2004 | Provided requested documentation in OGC's letter of 6/30/2004 | Case No. 70/04 |
| 17 | | OGC response to Mr. Milner's 1/29/2004 Appeal and email of 07/01/2004 | 07/20/2004 | Stated that only 2 of 17 documents were with NRNW cognizance and the other 15 document requests would be sent to the originator. NAVSEA-5, CNO-4, NAVFAC-1 and EFANW 5. | Case No. 70/04 |
| 18 | | NRNW JAG letter to Mr. Fredman in response to OGC's letter to Mr. Milner on 07/20/2004 | 07/22/2004 | Stated that Document No. 15 and No. 17 should be protected under exemptions 2 and 7(f). | Case No. 70/04 |
| 19 | | Email from Mr. Fredman to Mr Kiger ( NCIS ) via email | 7/29/2004 | Requested NCIS's opinion on the proposed Milner decision. | Case No. 70/04 |
| 20 | | Email From Mr. Kiger (NCIS) to Mr. Fredman | 07/29/2004 | Gives NCIS input on the exemptions. | Case No. 70/04 |
| 21 | | Memomandum for the Deputy General Counsel from Mr. Fredman | 07/29/2004 | Forwarded Mr. Milner's 1/29/2004 appeal request for final administrative adjudication. | Case No. 70/04 |
| 22 | | Mr. Molzahn's (OCG) response to Mr. Milner's appeal of 1/29/2004 | 08/03/2004 | Gave the final decision on the appeal for case OGC-70/04 and upheld NRNW denial. | Case No. 70/04 |

| | | | | | |
|---|---|---|---|---|---|
| 23 | | NAVSEA acknowledgement of receipt of Mr. Milner's 12/07/2003 FOIA request, request was received from OGC's referral of 07/20/2004 | 09/09/2004 | States NAVSEA is reviewing documents and hopes make a determination within 45 days. | |
| 24 | | NAVSEA referred 2 documents to the Department of Defense Explosives Safety Board for response. | 10/03/2006 | NAVSEA stated that the documents were not under their cognizance. | |
| 25 | | NAVSEA responded to Mr. Milner request of 12/07/2003 per OGC's referral of 07/20/2004 | 10/03/2006 | NAVSEA released 2 documents, referred 2 to DOD Explosive Safety Board and determined 1 document (OP 5 Volume 1) was not responsive. | |
| 26 | | EFANW response to Mr. Milner's 12/07/2003 FOIA request | 08/16/2004 | Partial denial of 12/07/2003 request under FOIA exemptions 2, 6, and 7. Copies of all 5 documents with releasable portions were enclosed. | |
| 27 | | Mr. Milner's FOIA appeal of EFANW response of 8/16/2004 to OGC | 09/04/2004 | Appeal for release of all responsive documents | Case No. 81/04 |
| 28 | | OGC acknowledges receipt of Mr. Milner's appeal of 9/04/2004 | 09/07/2004 | Case number OGC-81/04 was assigned. | Case No. 81/04 |
| 29 | | OGC referred Mr. Milner's Appeal OGC-81/04 to EFANW | 09/07/2004 | Requested documentation to support partial denial of 08/16/2004 for Mr. Milner's FOIA request of 12/07/2003 | Case No. 81/04 |
| 30 | | EFANW response to OGC-81/04 | 09/14/2004 | Provided requested documentation. | Case No. 81/04 |
| 31 | | Mr. Molzahn's (OGC) response to Mr. Milner's appeal of 09/04/2004 | 10/19/2004 | Gave the final decision on OCG-81/04 and upheld the partial denial of EFANW letter of 08/16/2004 | Case No. 81/04 |
| 32 | | CNO responses to Mr. Milner's FOIA request or 12/07/2003 per OGC referral of 07/20/2004 | 08/26/2004 | Partial denial of 12/07/2003 request under FOIA exemptions 2, 5, and 7. Copies of all 4 documents with releasable portions were enclosed. | |
| 33 | | NAVFAC response to Mr. Milner. | 08/19/2004 | Released COMNAVFAC ltr 2002B/RRU dated 07 AUG 1988. | |
| 34, 39, 44 | | NAVFAC OGC sent letters to EFA NW, CNO AND NAVSEAto respond to Mr. Milner's FOIA request of 12/07/2003 | 08/24/2004 and 08/25/2004 | Forwarded requested documents for action and response. | |
| 35, 40, 45 | | NAVFAC response to Mr. Milner's original FOIA request of | 08/24/2006 and | Referred the requested documents on ESQD arcs | |

| | | | | | |
|---|---|---|---|---|---|
| | | 12/07/2003 per OGC's letter of 07/20/2004 | 08/25/2004 | or explosive handling zones at the ammunition depot at Indian Island to EFA NW, CNO, AND NAVSEA. | |
| 36 | | EFA NW responded to Mr. Milner's request of 12/07/2003 per NAVFAC's referral of 8/25/2004 | 9/22/2004 | Denial of 12/07/2003 request under FOIA exemptions 2 and 7. For release of 3 documents. | |
| 37 | | Mr. Milner's FOIA appeal of EFA NW'S response of 09/22/2004 to JAG (transferred to OGC) | 11/02/2004 | Appeal for release of all responsive documents | Case No. 08/05 |
| 38 | | Mr. Molzahn's (OGC) response to Mr. Milner's appeal of 11/01/2004 case OGC-08/05 | 11/24/2004 | Gave the final decision on OGC-08/05 and upheld denial of release of 2 documents under FOIA exemption 2, and 7 but authorized release of 1 document. | Case No. 08/05 |
| 41 | | CNO (Capt Wright) responded to Mr. Milner's request of 12/07/2003 per NAVFAC's referral of 8/25/2004 | 10/22/2004 | Partial denial of 12/07/2003 request under FOIA exemptions 2 and 7. Copies of all 3 documents with releasable portions were enclosed. | |
| 42 | | Mr. Milner's FOIA appeal of CNO'S response of 10/22/04 to JAG (transferred to OGC) | 11/01/2004 | Appeal for release of all responsive documents | Case No. 31/05 |
| 43 | | Mr. Molzahn's (OGC) response to Mr. Milner's appeal of 11/01/2004 case OGC-13/05 | 11/24/2004 | Gave the final decision on OGC-13/05 and upheld the partial denial of CNO's letter of 10/22/2004. | Case No. 31/05 |
| 46 | | NAVSEA responded to Mr. Milner request of 12/07/2003 per NAVFAC'S referral of 08/25/2004 | 10/03/2006 | NAVSEA released 2 documents in their entirety. | |
| 47 | | Mr. Milner's FOIA appeal of NRNW response of 1/26/04 to JAG/OGC | 6/28/2004 (stamped date) actual date 01/29/2004 | Appeal for release of all responsive documents | Case No. 70/04 |
| 48 | | NAVFAC letter to Mr. Milner per request of 12/07/2003 | 01/04/2007 | NAVFAC released 1 document in its entirety | |
| 49 | | DDESB responded to Mr. Milner request of 12/07/03 per NAVSEA's referral of 10/03/2006 | 12/19/2006 | NAVFAC partial denied 2 documents under FOIA exemptions 2 and 6. Copies of the 2 documents with releasable portions were enclosed | |
| 50 | | DDESB response to NAVSEA for letter dated 10/03/2006 | 12/19/2006 | DDESB returned cover letter of documents that were submitted with release recommendations under exemption 2. | |

| | | | | | |
|---|---|---|---|---|---|
| 51 | | NAVSEA responded to Mr. Milner's request of 12/07/03 in accordance with DDESB recommendation of 12/19/2006 | 01/05/2006 | NAVSEA partial denied 1 document under FOIA exemptions 2. A copy of the document with releasable portions were enclosed | |
| 52 | | NRNW response to Mr. Milner's request of 12/07/03 for NAVSEA with regards to document portions of packages 11 and 13 that a release determination was not previously made. | 01/08/2006 | NRNW partially denied some of the document under exemptions B2 and 7 F. Copies of documents with releasable portions were enclosed. | |
| **Correspondence Associated with February 3, 2004 FOIA Request** | | | | | |
| 53 | | Mr. Milner's FOIA request to Naval Ordnance Safety and Security Activity Indian Head, MD | 02/03/2004 | Request for Explosive Safety Quantity Distance (ESQD) arcs or explosive handling zones at the ammunition depot at Indian Island | |
| 54 | | NOSSA letter to Naval Sea Systems Command for 02/03/2004 FOIA request | 02/17/2004 | Requested authority to deny release of information request by Mr. Milner's 02/03/2004 FOIA request. | |
| 55 | | Mr. Milner's Appeal of 02/03/2004 FOIA request to General Counsel of the Navy | 03/07/2004 | Appeal request for information because he did not receive a timely response. | Case No. 41/04 |
| 56 | | OGC acknowledgement of receipt of to Mr. Milner appeal of 02/03/2004 | 03/18/2004 | Assigned case number OGC-41/04. Inform Mr. Milner that NAVSEA was reviewing his request. | Case No. 41/04 |
| 57 | | OGC's memorandum for counsel at NAVSEA regarding 03/07/2004 appeal | 03/18/2004 | Forwarded the appeal request to NAVSEA for a response | Case No. 41/04 |
| 58 | | Memo from Mr. Stephen Bennett, NOSSA to Ms. Stephanie Carr, NAVSEA | 04/02/2004 | Forwarded ESQD Arc Map of Indian Island | Case No. 41/04 |
| 59 | | NAVSEA response to Mr. Milner 02/03/2004 FOIA request | 06/30/2004 | Only one document was responsive to the request and it was under the cognizance of NRNW and NRNW had already denied FOIA request. States no further action required on this matter. | Case No. 41/04 |
| 60 | | OGC's response to Mr. Milner's 03/07/2004 FOIA Appeal. | 06/30/2004 | OGC-41/04 Considered appeal to be moot and required no further action. Due to NRNW denying the document in its 1/26/2004 letter. | Case No. 41/04 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ANTHONY J. ROBINSON

Executed this 8th day of January 2007.