H. R. 1540—307

(2) EFFICIENCIES.—The collaboration provided for under paragraph (1) shall be designed—

(A) to improve the efficiency and effectiveness of requirements formulation and requests for products, services, and technical assistance for, and coordination and performance assessment of, cybersecurity missions executed across a variety of Department of Defense and Department of Homeland Security elements; and

(B) to leverage the expertise of each individual Department and to avoid duplicating, replicating, or aggregating unnecessarily the diverse line organizations across technology developments, operations, and customer support that collectively execute the cybersecurity mission of each Department.

(b) RESPONSIBILITIES.—

(1) DEPARTMENT OF HOMELAND SECURITY.—The Secretary of Homeland Security shall identify and assign, in coordination with the Department of Defense, a Director of Cybersecurity Coordination within the Department of Homeland Security to undertake collaborative activities with the Department of Defense.

(2) DEPARTMENT OF DEFENSE.—The Secretary of Defense shall identify and assign, in coordination with the Department of Homeland Security, one or more officials within the Department of Defense to coordinate, oversee, and execute collaborative activities and the provision of cybersecurity support to the Department of Homeland Security.

**SEC. 1091. TREATMENT UNDER FREEDOM OF INFORMATION ACT OF CERTAIN DEPARTMENT OF DEFENSE CRITICAL INFRASTRUCTURE SECURITY INFORMATION.**

(a) IN GENERAL.—Chapter 3 of title 10, United States Code, is amended by inserting after section 130d the following new section:

**"§ 130e. Treatment under Freedom of Information Act of critical infrastructure security information**

"(a) EXEMPTION.—The Secretary of Defense may exempt Department of Defense critical infrastructure security information from disclosure pursuant to section 552(b)(3) of title 5, upon a written determination that—

"(1) the information is Department of Defense critical infrastructure security information; and

"(2) the public interest consideration in the disclosure of such information does not outweigh preventing the disclosure of such information.

"(b) INFORMATION PROVIDED TO STATE AND LOCAL GOVERNMENTS.—Department of Defense critical infrastructure security information covered by a written determination under subsection (a) that is provided to a State or local government shall remain under the control of the Department of Defense.

"(c) DEFINITION.—In this section, the term 'Department of Defense critical infrastructure security information' means sensitive but unclassified information that, if disclosed, would reveal vulnerabilities in Department of Defense critical infrastructure that, if exploited, would likely result in the significant disruption, destruction, or damage of or to Department of Defense operations, property, or facilities, including information regarding the securing

H. R. 1540—308

and safeguarding of explosives, hazardous chemicals, or pipelines, related to critical infrastructure or protected systems owned or operated by or on behalf of the Department of Defense, including vulnerability assessments prepared by or on behalf of the Department of Defense, explosives safety information (including storage and handling), and other site-specific information on or relating to installation security.

"(d) DELEGATION.—The Secretary of Defense may delegate the authority to make a determination under subsection (a) to the Director of Administration and Management.

"(e) TRANSPARENCY.—Each determination of the Secretary, or the Secretary's designee, under subsection (a) shall be made in writing and accompanied by a statement of the basis for the determination. All such determinations and statements of basis shall be available to the public, upon request, through the Office of the Director of Administration and Management.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by adding at the end the following new item:

"130e. Treatment under Freedom of Information Act of certain critical infrastructure security information.".

SEC. 1092. EXPANSION OF SCOPE OF HUMANITARIAN DEMINING ASSISTANCE PROGRAM TO INCLUDE STOCKPILED CONVENTIONAL MUNITIONS ASSISTANCE.

(a) IN GENERAL.—Section 407 of title 10, United States Code, is amended—
    (1) in subsection (a)—
        (A) in paragraph (1), by inserting "and stockpiled conventional munitions assistance" after "humanitarian demining assistance";
        (B) in paragraph (2), by inserting "and stockpiled conventional munitions assistance" after "Humanitarian demining assistance"; and
        (C) in paragraph (3)—
            (i) in the matter preceding subparagraph (A), by inserting "or stockpiled conventional munitions assistance" after "humanitarian demining assistance"; and
            (ii) in subparagraph (A), by inserting ", or stockpiled conventional munitions, as applicable," after "explosive remnants of war";
    (2) in subsection (b)—
        (A) in paragraph (1), by inserting "and stockpiled conventional munitions assistance" after "humanitarian demining assistance"; and
        (B) in paragraph (2), by inserting "or stockpiled conventional munitions assistance" after "humanitarian demining assistance";
    (3) in subsection (c)—
        (A) in paragraph (1), by inserting "or stockpiled conventional munitions assistance" after "humanitarian demining assistance"; and
        (B) in paragraph (2)(B)—
            (i) by inserting "or stockpiled conventional munitions activities" after "humanitarian demining activities"; and