UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN SCOTT MILNER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>    Defendant. | CASE NO. C06-1301-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In light of the amendment to Chapter 3 of Title 10, United States Code, contained in the National Defense Authorization Act for Fiscal Year 2012, the Court STRIKES Defendant's motion for summary judgment. (Dkt. No. 63.) The parties are welcome to submit new briefing upon conclusion of the administrative process referenced in Defendant's notice of supplemental authority. (Dkt. No. 72.)

DATED this 8th day of February 2012.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk
