The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN SCOTT MILNER,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>　　　　　　　Defendant. | No. CV-06-1301- JCC<br><br>ORDER |

THIS MATTER having come before the Court on the parties Agreed Motion to Establish a Briefing Schedule (Dkt. No. 75) in the above-entitled cause of action, and this Court having reviewed the Motion, and the record herein, and being fully advised,

IT IS HEREBY ORDERED that the Agreed Motion to Establish Briefing Schedule is GRANTED as follows:

1. On or before June 6, 2012, the Navy shall provide to defendant a draft Vaughn Index and declaration(s), as well as a copy of the administrative record of the Department's administrative process decision under 10 U.S.C. § 130e.

2. Between June 6, and June 15, 2012, Milner and the Navy, through their counsel, will work together to resolve any differences they have regarding the adequacy of the Vaughn Index or the Navy's declaration(s), or any other matters involving the state of the administrative record.

3. On July 13, 2012, the Navy shall file and serve its Motion for Summary Judgment, together with its final Vaughn Index and supporting declarations, as well as the administrative record for the Department's decision on 10 U.S.C. § 130e.

4. On August 10, 2012, Milner shall file his Response to the Department's Motion for Summary Judgment and a Cross-Motion for Summary Judgment.

5. On September 7, 2012, the Navy shall file its Reply to Milner's Response and Response to Milner's Cross-Motion for Summary Judgment.

6. On September 21, 2012, in the event he determines it necessary, Milner shall file a Reply to the Navy's Response to his Cross-Motion for Summary Judgment, and

7. Both the Navy's Motion for Summary Judgment and Milner's Cross-Motion shall be noted on the Court's calendar for September 21, 2012.

8. The Status Conference scheduled for May 8, 2012 is VACATED.

DATED this 4th day of May 2012.

_____
JOHN C. COUGHENOUR
United States District Judge