The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN SCOTT MILNER,<br><br>　　　　　　　Plaintiff,<br>　v.<br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>　　　　　　　Defendant. | No. CV-06-1301- JCC<br><br>NOTICE OF RESOLUTION OF CASE, AND AGREED MOTION TO ESTABLISH BRIEFING SCHEDULE ON QUESTION OF PLAINTIFF'S ENTITLEMENT TO ATTORNEYS FEES AND EXPENSES<br><br>Noted: July 13, 2012 |

　　　Plaintiff Glen Scott Milner ("Milner") and Defendant United States Department of the Navy ("Navy"), through their undersigned counsel, hereby notify the Court that the underlying dispute in this case has been resolved. This case concerns a request by Milner under the Freedom of Information Act ("FOIA") for Explosive Safety Quantity Distance ("ESQD") records prepared for Naval Magazine Indian Island in the Puget Sound. Milner has decided to withdraw his FOIA request after receipt of a document package prepared by the Navy in the context of administrative proceedings pursuant to 10 U.S.C. § 130e(a).

　　　The only remaining issue between the parties is the question of Milner's entitlement to reasonable attorneys fees and expenses pursuant to 5 U.S.C. § 552(a)(4)(E). To that end, the parties respectfully request this Court enter an Order establishing the following schedule:

AGREED MOTION FOR A SCHEDULING ORDER – 1
(CV-06-1301-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1. Upon the entry of the Order contemplated by this Motion, Milner will provide the Navy with all documentation it requires to support Milner's claim for attorneys fees and expenses; and the parties will begin to work together to resolve the issue of Milner's entitlement to reasonable fees and expenses pursuant to 5 U.S.C. § 552(a)(4)(E), as well as the extent of any such claim.

2. On September 21, 2012, in the event the parties are unable to resolve their dispute, the Navy shall serve on Milner an Offer of Judgment pursuant to Fed. R. Civ. P. 68 and Milner shall respond to such offer within seven days.

3. In the event Milner declines the Navy's Offer of Judgment, he shall file with the Court his Application for an Award of Attorneys Fees pursuant to 5 U.S.C. § 552(a)(4)(E) on October12, 2012.

4. The Navy shall file its Response to Milner's Application on November 9, 2012.

5. Milner shall file his Reply to the Navy's Response on November 23, 2012.

Respectfully submitted,

DATED: July 13, 2012

By: *s /Peter A. Winn*
PETER A. WINN
Assistant United States Attorney
Attorney for Defendant

DATED: July 13, 2012.

By: *s /David S. Mann*
DAVID S. MANN
GENDLER & MANN, LLP
Attorney for Plaintiff

AGREED MOTION FOR A SCHEDULING ORDER – 2
(CV-06-1301-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970