THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN SCOTT MILNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendant. | CASE NO. C06-1301-JCC<br><br>ORDER DISMISSING REMAINING ISSUES IN CASE |

This matter comes before the Court on the parties' notification that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, they have reached an agreement resolving the remaining issues in this case, and on their joint motion for dismissal of the remaining issues in this case with prejudice (Dkt. No. 79). The Court has thoroughly considered the motion and the relevant record. The motion (Dkt. No. 79) is GRANTED. It is hereby ORDERED that:

1) The United States Department of the Navy shall pay Plaintiff Glen Scott Milner seventy-five thousand dollars ($75,000.00) for any and all costs he may have incurred in this action, including any claims he may have for his attorney's fees and other litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E), and in complete and final settlement of any other claims he may have for his attorney's fees and other costs relating to this action; and

2) This case is DISMISSED WITH PREJUDICE.

//

1    DATED this 20th day of September 2012.

2

3

4

5

6

7   John C. Coughenour
8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING REMAINING ISSUES IN
CASE
PAGE - 2